**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

International Association of Heat and Frost Insulators Local 17 Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:20−cv−03301
Honorable Franklin U. Valderrama

CEC Environmental, Inc., et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 9, 2021:

MINUTE entry before the Honorable Franklin U. Valderrama: The parties have informed the Court that they have reached a settlement and requested that the Court enter a stipulation of dismissal. Pursuant to the settlement agreement entered into by and between the Parties in September 2021, the Defendants are obligated to pay a lump sum to the Plaintiffs by 11/1/2021. Failure by the Defendants to make the payment shall constitute a breach of the Settlement Agreement. The case is dismissed without prejudice and with full leave to reinstate via motion filed by 11/15/2021. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court, and with each party to bear its own fees and costs. The Court advises the parties that, generally speaking, Seventh Circuit decisions hold that dismissals "with prejudice" leave the Court without jurisdiction to enforce a settlement agreement. See Shapo v. Engle, 463 F.3d 641, 646 (7th Cir. 2006). Civil case terminated. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.