**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

International Association of Heat and Frost Insulators Local 17 Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:20−cv−03301
Honorable Franklin U. Valderrama

CEC Environmental, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 10, 2021:

MINUTE entry before the Honorable Sheila M. Finnegan: The District Court having terminated this case [46], the referral in this case is closed. The telephone status on 9/21/2021 is cancelled. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.